IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MORONI EDUARDO MAR GARCIA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CRABTREE, U.S. Citizenship & Immigration Services Salt Lake City Field Office Director; JOSEPH B. EDLOW, U.S. Citizenship & Immigration Services Director; MARKWAYNE MULLIN, Secretary of Homeland Security; and U.S. CITIZENSHIP & IMMIGRATION SERVICES,<br><br>Defendants. | **NOTICE FROM THE COURT**<br><br>Case No. 2:26-cv-00639<br><br>District Judge Robert J. Shelby |

On September 29, 2026, Plaintiff Moroni Eduardo Mar Garcia filed a Notice of Voluntary Dismissal.[1] Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the dismissal is self-effectuating. The case is dismissed with no fees, costs, or expenses awarded as to any party. No order will follow.

SO ORDERED this 29th day of September 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge

[1] Dkt. 16, *Notice of Voluntary Dismissal Without Prejudice*.